IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiffs,<br><br>vs.<br><br>GEORGETTA M. BOTHWELL,<br><br>                  Defendant. | 8:08CR423<br><br>**ORDER** |

      Defendant Georgetta M. Bothwell appeared before the court on May 11, 2016 on a Second Amended Petition for Offender Under Supervision [130]. The defendant was represented by Assistant Federal Public Defender Kelly M. Steenbock, and the United States was represented by Assistant U.S. Attorney Michael P. Norris. Through her counsel, the defendant waived her right to a probable cause hearing on the Second Amended Petition for Offender Under Supervision [130] pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. A detention hearing was held. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is not a danger, the court finds the defendant has failed to carry her burden and that she should be detained pending a dispositional hearing before Chief Judge Smith Camp.

      **IT IS ORDERED:**

      1.    A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on June 30, 2016 at 10:30 a.m. Defendant must be present in person.

      2.    The defendant, Georgetta M. Bothwell, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

      3.    The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

      4.    Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      Dated this 12th day of May, 2016

                                        BY THE COURT:

                                        s/ F.A. Gossett, III
                                        United States Magistrate Judge